# Court of Appeals
# of the State of Georgia

ATLANTA,   December 10, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0014. PC PROCESSING, INC. f/k/a PC GENERAL AGENCY, INC. v. REORGANIZED HUMAN DYNAMICS CORP.**

Before the Court is appellant PC Processing, Inc.'s ("PCP") Emergency Motion for Supersedeas Pursuant to Rule 40 (b). After careful consideration and review, the motion is hereby DENIED. However, until further order of this Court, all information obtained by Hays Financial Consulting, LLC ("Hays Financial") as a court-appointed examiner of PCP as set out in the trial court's order dated November 18, 2014 shall remain confidential and shall only be used in connection with the execution of the duties and responsibilities outlined in the November 18, 2014 order.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*   12/10/2014

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*